**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-1174**

STEVEN MARTYNUSKA,

Plaintiff - Appellant,

v.

BWW LAW GROUP, LLC; JON DOE 1-20,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Deborah K. Chasanow, Senior District Judge.  (1:19-cv-00660-DKC)

Submitted:  August 25, 2020                     Decided:  August 27, 2020

Before KING and AGEE, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Steven Martynuska, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Steven Martynuska appeals the district court's order denying relief on his civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Martynuska v. BWW Law Grp., LLC*, No. 1:19-cv-00660-DKC (D. Md. Jan. 23, 2020). We deny Martynuska's motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*